## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
HIGH HOPE ZHONGTIAN CORPORATION,

                    Plaintiff,                    22 **CIVIL** 7569 (PKC)

       -against-                        **JUDGMENT**

SUNBIRD USA INC.,
                  Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 9, 2023, the motion (ECF 17) is GRANTED and the Final Award is enforced and recognized. Judgment is entered for High Hope against Sunbird in the total amount of $1,204,474.81; accordingly, the case is closed.

**Dated**: New York, New York
       February 9, 2023

                                                    **RUBY J. KRAJICK**

                                                    **Clerk of Court**
                    **BY:**            *K. Mango*

                                                     **Deputy Clerk**